IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD WHITE,**
**ADC # 108286**                                                                                          **PLAINTIFF**

V.                        CASE NO. 5:16-CV-00053 BRW/BD

**CRUMPTON**                                                                                              **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a *de novo* review of the record and a review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. White's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 23rd day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE